# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN BREHM,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-965-Orl-28GJK**

**SEMINOLE TOWNE CENTER LTD PARTNERSHIP,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 13) filed October 6, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.　　That the Report and Recommendation filed January 12, 2012 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.　　Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 13) is **GRANTED in part** and **DENIED in part.** The Motion is granted to the extent that Counts II through IV of the Amended Complaint are dismissed without prejudice. The Motion is otherwise denied.

3. Plaintiff is granted leave to February 24, 2012 to amend his complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of February, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party